## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FRANK HAMMOND, Individually
and for Others Similarly Situated,

    Plaintiff,

  v.

LIFEPOINT HEALTH, INC.,

    Defendant.

**Case No. 1:23-cv-00402-RGA**

Jury Trial Demanded

FLSA Collective Action
Pursuant to 29 U.S.C. § 216(b)

### JOINT REPORT REGARDING STAY AND SETTLEMENT

  This Court previously granted Plaintiff Frank Hammond, and Defendant Lifepoint Health, Inc. (the "Parties"), a stay of this matter for 75 days for the purpose of conducting mediation. Doc. No. 43. The Parties filed a Joint Status Report (Doc. No. 45) pursuant to this Court's Order (Doc. No. 44) on April 25, 2024 to inform the Court they were actively engaged in negotiations and had a mediation scheduled for May 2, 2024. That same day, the Court continued the stay until May 10, 2024 and ordered the Parties to provide a further status report by that date. Doc. No. 46.

  Pursuant to that April 25 Order, the Parties file this Joint Status Report notifying the Court that they have reached an agreement in principle to resolve this action as a result of the May 2, 2024 mediation. The Parties are currently negotiating the terms of a final settlement agreement, which will be filed with the Court along with a motion to approve the terms of the settlement. The Parties will submit their

Joint Motion for Preliminary Approval of Class-Wide Settlement, proposed Settlement Agreement, and all other related documents to the Court, on or before August 31, 2024. Accordingly, the Parties respectfully request this Court extend the stay period until August 31, 2024.

Dated: May 10, 2024

/s/ Michael J. Farnan
Sue L. Robinson
Brian E. Farnan
Michael J. Farnan
**FARNAN LLP**
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801

Michael A. Josephson*
Andrew W. Dunlap*
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046

**REED SMITH LLP**

/s/ Anne M. Steadman
Brian M. Rostocki (No. 4599)
Anne M. Steadman (No. 6221)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: brostocki@reedsmith.com
Email: asteadman@reedsmith.com

*Counsel for Defendant Lifepoint Health, Inc.*

William C. (Clif) Alexander*
Austin W. Anderson*
**ANDERSON ALEXANDER PLLC**
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401

Richard J. (Rex) Burch*
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046

Mark W. Peters
Frederick L. Conrad
Flynne M. Dowdy
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: mark.peters@ hklaw.com
Email: trip.conrad@ hklaw.com
Email: flynne.dowdy@hklaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2024, I electronically filed the foregoing Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Anne M. Steadman